**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

In re:

Case No.: 26-24738

Rushil Singh,

Chapter 15

Debtor in Foreign Proceeding.
_______________________________/

RICHARD KEAY POLLOCK and
MMATLOU HELLEN PHALENG-PODILE,
solely in their capacities as joint provisional
trustees of the insolvent estate of Rushil Singh,

Plaintiffs,

v.

Adv. Proc. No.:

POSITION 1, LLC, a Montana limited liability
company, and MESA PRIME, LLC, a Montana
limited liability company,

Defendants.

**COMPLAINT FOR DECLARATORY RELIEF OF OWNERSHIP, OR IN THE ALTERNATIVE, AVOIDANCE AND RECOVERY OF FRAUDULENT TRANSFERS, AND SEQUESTRATION AND INJUNCTIVE PRESERVATION**

Plaintiffs, in their representative capacities only, sue Defendants and allege as follows. Matters concerning Plaintiffs' appointments and their own acts are alleged from their records; matters concerning Defendants' undisclosed arrangements are alleged on information and belief, with the grounds identified below. Alternative theories are pleaded under Federal Rule of Civil Procedure 8(d), made applicable by Bankruptcy Rule 7008.

## NATURE OF THE ACTION

1. This action concerns the black 1994 Porsche 911 Turbo, vehicle identification number WP0AC2965RS480410, commonly known as the "Bad Boys" Porsche (the "Porsche").

Plaintiffs seek determination and preservation of the rights belonging to the Rushil Singh's insolvent estate (the "Foreign Estate").

2. Rushil Singh ("Singh" or the "Debtor") purchased the Porsche at a Florida auction in January 2022. On January 18, 2022, $1,421,025 was remitted from his Stanbic Bank Ghana U.S.-dollar account to Mecum Auction Inc. in connection with that purchase. *See* **Exhibit A**. Singh later executed a June 24, 2022 bill of sale naming Position 1, LLC ("Position 1") as purchaser. *See* **Exhibit B**. Position 1's records identify Debtor and Debtor's late sister, Nishani Michelle Singh ("Nishani") as 50% members. *See* **Exhibit C**.

3. A vehicle-history report records a purchase reported September 3, 2024 and new-owner title activity November 20, 2024. *See* **Exhibit D**. Investigative documents and correspondence, including title reports for the vehicle, identify Mesa Prime, LLC ("Mesa") as the later title holder and report a December 6, 2024 title-transfer entry. Plaintiffs therefore allege a 2024 transfer from Position 1 to Mesa (the "Mesa Transfer"), subject to further confirmation of the assignment and perfection dates. Mesa's reported organization date is September 26, 2024 per the Montana Secretary of State.

4. The 2024 title activity followed the sequestration of both relevant South African estates, including the Debtor's estate and Nishani's estate. Plaintiffs seek to determine whether Debtor retained an actual beneficial ownership in the Porsche, whether any debtor-owned interest was improperly transferred actually or constructively, and for the Court's permission to restrict the transfer or removal of the Porsche until such questions are decided. The claims are plead in the alternative to preserve the Foreign Estate's entitlement under either ownership characterization.

5. The Porsche is present in Miami-Dade County, for a limited period, over the next several days. Plaintiffs request preservation of the specifically identified vehicle pending adjudication, without an interlocutory declaration that either estate owns the whole car.

**PARTIES, APPOINTMENTS, AND CAPACITY**

6. Plaintiffs Richard Keay Pollock and Mmatlou Hellen Phaleng-Podile are the appointed joint provisional trustees of the insolvent estate of Rushil Singh. Their June 13, 2023 certificate of appointment is issued under the South African Insolvency Act 24 of 1936 (the "Insolvency Act"), estate number T000830/2023. They sue solely in those capacities, not personally. *See* **Exhibit E**.

7. The High Court of South Africa, Gauteng Division, Pretoria, case number 2023-044660, placed Rushil's estate under provisional sequestration by order dated May 26, 2023 and final sequestration by order dated April 19, 2024. *See* **Exhibits F, G**.

8. An *Order in Terms of Section 18(3) of the Insolvency Act No. 24 of 1936 (As Amended) and For an Order Directing the Registrar of this Honorouable Court to Issue Letters of Request* (the "Request Order") dated August 1, 2024, case number 2024-083013, authorizes proceedings in the United States for recognition, preservation, securing, and administration of estate assets and includes declaratory and vindicatory proceedings and proceedings to set aside pre-sequestration dispositions. *See* Request Order ¶¶3–7.1.3; *see also* **Exhibit H**.

9. Position 1 is a Montana limited liability company, entity number C1119984, organized May 20, 2019. The Montana Secretary of State identifies a principal physical address at 3011 American Way, Missoula, Montana 59808 and mailing address P.O. Box 16270, Missoula, Montana 59808. Jared S. Heggen ("Heggen") is identified as registered agent.

10. Mesa is a Montana limited liability company, entity number C1475217, organized September 26, 2024. The Montana Secretary of State identifies a principal physical address as 3011 American Way, Missoula, Montana 59808, mailing address P.O. Box 16270, Missoula, Montana 59808. Sean Frampton is identified as registered agent.

11. Mesa is joined as the reported title holder and alleged transferee. Position 1 is joined as prior title holder and alleged transferor, and as a party whose rights would be affected by the requested declarations.

**JURISDICTION, VENUE, AND PROCEDURAL POSTURE**

12. This Court has jurisdiction under 28 U.S.C. §§ 1334(b) and 157(a). This proceeding is related to *In re: Rushil Singh*, Chapter 15, Case No. 26-24738, pending in this Court's Miami Division, because adjudication of the Foreign Estate's asserted property and recovery rights may affect estate assets and administration. Declaratory relief is requested under 28 U.S.C. §§ 2201–2202.

13. Recognition is pending. To the extent Plaintiffs assert an existing claim belonging to the Debtor, Plaintiffs rely on the preserved right of access under 11 U.S.C. § 1509(f).

14. Plaintiffs seek provisional protection under 11 U.S.C. §§ 1519 and 1522 while recognition remains pending. Plaintiffs will supplement this pleading with the recognition order and any express authorization for avoidance litigation.

15. This is an adversary proceeding under Bankruptcy Rule 7001. Under Rule 7008, Plaintiffs consent to final orders or judgment by the Bankruptcy Court.

16. Venue of this adversary proceeding is proper under 28 U.S.C. § 1409(a), subject to its applicable exceptions, because the related Chapter 15 case is pending in this District.

17. Defendants are United States entities with Montana organization, business, and vehicle-title contacts. Plaintiffs will serve each entity through an authorized recipient at a verified current address.

18. Plaintiffs give notice under Federal Rule of Civil Procedure 44.1, applicable through Bankruptcy Rule 9017, that they rely on South African law concerning sequestration, trustee authority, and any foreign avoidance count, and on Montana law concerning LLC and title interests.

## COMMON FACTUAL ALLEGATIONS

19. In April 2021 Investec Bank Limited ("Investec") advanced R150 million under a Term Loan Agreement to BIG Business Innovations Group (Pty) Ltd ("BIG"), which owned the Ghana company Global Innovation Consulting Ltd, later renamed Ghana Infrastructure Company Ltd. ("GIC"). On information and belief, as reflected in a forensic investigation, Debtor and Nishani diverted facility proceeds through GIC to Nishani's personal accounts and onward to Debtor's accounts for personal use rather than the working-capital purpose for which the funds were advanced.

20. The January 18, 2022 SWIFT wire identifies Debtor as ordering customer and Mecum Auction Inc. as beneficiary in an amount of $1,421,025. *See* **Exhibit A**.

21. A forensic investigation traces the purchase funding through Debtor's U.S.-dollar and Ghana-cedi accounts and other accountings. Plaintiffs allege on information and belief that diverted facility proceeds funded the acquisition.

22. Position 1 predated the Porsche purchase. Its July 1, 2019, amendment changed the management designation from managers to members and listed Nishani and Debtor. *See* **Exhibit I**.

23. On June 13, 2022, Heggen Law Office sent titling instructions directing that the individual's name not appear on the title and that the car be titled to Position 1. On June 14, 2022, Debtor wrote that he had bought the car at auction and his name appeared on its title. *See* **Exhibit J**.

24. The June 24, 2022 bill of sale identifies Debtor as seller and Position 1 as purchaser, describes this Porsche, and records "Value Recieved," as "N/A," rather than a stated cash purchase price (the "Position 1 Transfer"). *See* **Exhibit B**.

25. Position 1's minutes dated July 6, 2022, with an execution line dated July 18, 2022, identify Nishani and Rushil as 50% members and approve purchase and Montana registration of the Porsche. *See* **Exhibit C**.

26. Upon information and belief, Debtor continued to list the Porsche on personal balance sheets and insurance confirmations.

27. At bail proceedings for the Debtor in August 2024, the prosecution disclosed their knowledge of Position 1 and its vehicles. At this time both estates were sequestered.

28. CARFAX records a purchase reported September 3, 2024 and a new owner/title event November 20, 2024, title number AA8061197. *See* **Exhibit D**.

29. On information and belief, Heggen filed organization documents for Cydonia Holdings, LLC ("Cydonia") and Mesa on September 26, 2024; Cydonia is identified as Mesa's manager; and Mesa shares a business/mailing address with Heggen Law Office. Investigative documents and correspondence, including title reports for the vehicle, identify Mesa as the later title holder and report a December 6, 2024 title-transfer entry.

30. On information and belief, the underlying purchase terms, consideration, beneficial ownership, instructions, and delivery arrangements are within Defendants' records.

31. On information and belief, Plaintiffs contend the Mesa Transfer was not an independent arm's-length sale, based on the temporal sequence after disclosure of the assets, the related formation activity, and the shared addresses and filing involvement.

32. Plaintiffs did not authorize a disposition of any property vested in this Foreign Estate.

33. Plaintiffs claim the Foreign Estate's direct acquisition/retained beneficial ownership rights, or its documented 50% Position 1 distributional interest and any valid recovery rights.

34. Plaintiffs alternatively assert retained beneficial ownership, estate-owned company interests, or recovery rights arising from a valid avoidance claim.

35. Plaintiffs learned of the scheduled Miami appearance of the vehicle from social-media material that came to Investec's attention.

36. Because the Porsche is a unique, identifiable vehicle with asserted film provenance, relocation, concealment, or onward transfer may frustrate effective specific-property relief. Plaintiffs seek an order allowing for neutral insured storage of the vehicle, rather than immediate sale, export, or distribution to either estate.

## COUNT I:
## DECLARATORY RELIEF: OWNERSHIP, VESTING, AND ESTATE INTERESTS
## (Against Position 1 and Mesa)

37. Plaintiffs incorporate the factual allegations above through paragraph 37. A real controversy exists over the Foreign Estate's interests and Defendants' asserted rights in the Porsche, its proceeds, and Position 1. Defendants' recorded title and the asserted estate interests cannot be reconciled without adjudication.

38. South Africa's Section 20 of the Insolvency Act of 1936 divests the insolvent of the estate and vests it initially in the Master and then in the appointed trustee. Plaintiffs request application of that vesting rule to the debtor's proven property interests, with the Foreign Estate's territorial reach and governing conflicts rules established through foreign-law proof.

39. Under the direct-property alternative, Debtor acquired the Porsche personally, supplied its purchase funding, and retained beneficial ownership notwithstanding the later registration arrangements. Plaintiffs seek a declaration of the beneficial interest that actually remained his at sequestration, the consequent vesting in the Master and Plaintiffs in office, and the ineffectiveness against that vested interest of any later disposition by a person lacking authority. The personal acquisition, titling sequence, and reported continued asset/insurance treatment are the grounds for this alternative.

40. Under the company-property alternative, Mont. Code Ann. §§ 35-8-701 and 35-8-703 distinguish company assets from members' interests. Plaintiffs request a declaration that the debtor's established 50% distributional interest vested in the Foreign Estate, with any management/membership succession determined separately under applicable law and the operating agreement.

41. To the extent the Porsche or an interest in it was estate property before the Mesa Transfer, Plaintiffs request a declaration that the person purporting to transfer it lacked authority to dispose of the vested estate interest, subject to applicable title, agency, bona-fide purchaser, and statutory defenses. To the extent a conveyance was valid but avoidable, Plaintiffs request recovery only upon satisfying the relevant avoidance count.

42. Plaintiffs request determination of the estate interest, Defendants' surviving interests, and appropriate custody/title relief. They request coordinated adjudication with the

companion Singh case, necessary-party joinder, and accounting for recoveries to prevent inconsistent judgments or duplicate satisfaction.

43. WHEREFORE, Plaintiffs request declaratory judgment under 28 U.S.C. §§ 2201–2202 establishing the proven interests and vesting; consequential delivery or title-correction relief only to that extent and after appropriate adjudication; and costs and further lawful relief.

**COUNT II**
**ACTUAL INTENT FRAUDULENT TRANSFER: THE 2024 MESA TRANSFER**
**(Mont. Code Ann. §§ 31-2-333(1)(a), 31-2-339, 31-2-340)**

44. Plaintiffs incorporate the factual allegations through paragraph 37, not the other counts' legal conclusions. This count is pleaded as an alternative to determine whether Debtor's interest was actually fraudulently transferred.

45. The relevant transferor/debtor is Debtor and/or Debtor's alter ego Position 1. Debtor caused the car to be bought with his own (diverted) funds, and caused it to be titled in Position 1 at counsel's direction so his name would not appear, nor that the vehicle would be traceable to him.

46. The challenged asset is the Porsche, VIN WP0AC2965RS480410, transferred directly or indirectly to Mesa in the 2024 transaction evidenced by the reported November 20 title event and December 6 transfer entry. Mesa is sued as alleged transferee.

47. On information and belief and subject to the ownership and standing allegations above, the transferor acted with actual intent to hinder, delay, or defraud the estate. The alleged grounds are the reported proximity to the August 2024 asset disclosure, the two already-pending foreign sequestrations, the subsequent entity formation activity, and shared business/filing arrangements.

48. Plaintiffs contend Mesa did not take in good faith for reasonably equivalent value the Porsche. Plaintiffs will further address any good faith purchaser arguments.

49. Montana law is proposed because the entities are Montana companies and the recorded ownership changes involve Montana administration; the complete conflicts analysis must account for South African domicile and conduct and the car's actual situs. Plaintiffs do not seek cumulative recovery under both statutes.

50. The 2024 transfer is within the ordinary four-year avoidance periods as of November 4, 2026, subject to the actual transfer/perfection date and governing law.

51. WHEREFORE, upon establishment of the applicable law and all predicates, Plaintiffs request avoidance of the Mesa Transfer only to the extent necessary to satisfy the established creditor claim; preservation and recovery of the transferred interest or traceable proceeds; or, alternatively, the capped value judgment authorized by the governing statute against the proper transferee or beneficiary. No personal judgment is requested against an organizer, registered agent, or attorney merely for assisting formation, and all collections must be credited against the same recoverable loss.

## COUNT III
## ALTERNATIVE SEQUESTRATION, CUSTODIAL PRESERVATION, AND PROVISIONAL/PERMANENT INJUNCTIVE RELIEF

52. Plaintiffs incorporate the factual allegations through paragraph 37. This request is ancillary to a legally sufficient ownership/recovery or avoidance claim to this specific Porsche.

53. Simultaneously with the filing of this Complaint, Plaintiffs are requesting a temporary restraining order and, in the Main Case, requesting provisional relief under 11 U.S.C. §§ 1519(a) and 1522 through an appropriate separate application. In this adversary proceeding, Plaintiffs seek applicable relief under Bankruptcy Rules 7064 and 7065 and Civil Rules 64 and 65.

54. Plaintiffs' showing of likely success rests on Foreign Estate asserts an ownership and equitable interest in the specific Porsche. Rushil Singh bought the car with his own (diverted) funds, caused it to be titled in Position 1 at counsel's direction so that his name would not appear, and the vehicle is traceable directly to him. On these facts the Foreign Estate is likely to establish that the Porsche is, in substance, the debtor's property held through a controlled entity, and that the post-sequestration transfer from Position 1 to Mesa, effected without value shortly after the asset was disclosed, is avoidable and did not defeat the Estate's interest.

55. The proposed interim order should identify the VIN, prevent transfer, encumbrance, export, concealment, or removal from the specified jurisdiction, preserve title and transaction records, permit inspection and expedited discovery as ordered, and require insured secure storage by an identified neutral custodian. It should reserve all title and value defenses, permit prompt challenge, and avoid sale or distribution before adjudication.

56. Plaintiffs request prompt notice/hearing, section 1522 protection, appropriate security, allocated storage/insurance costs, and one coordinated custodian.

57. After recognition, Plaintiffs may request continuation or modification under section 1521, including extension under section 1521(a)(6) of provisional relief otherwise terminating on recognition. Any permanent injunction or delivery order should follow the determination of the substantive interest and bind only persons properly subject to it, including persons within Rule 65(d) after actual notice.

## PRAYER FOR RELIEF

58. Plaintiffs request judgment: (a) declaring the Foreign Estate's actual legal, beneficial, or distributional interests and the extent of statutory vesting; (b) avoiding only transfers established to be avoidable under a viable applicable count; (c) granting temporary and permanent

specific-property protection, with alternative seizure only upon compliance with the applicable law; (d) directing appropriate accounting for the Porsche and identifiable proceeds as an incident of established relief; and (e) awarding taxable costs, lawful interest, and other relief within the Court's authority.

Dated: November 4, 2026.

Respectfully Submitted,

*<u>/s/ Donald R. Kirk</u>*

Donald R. Kirk
Florida Bar No. 105767
Luis E. Orengo, Jr.
Florida Bar No. 1022891
Olivia Zukowski
Florida Bar No. 1069885
**CARLTON FIELDS, P.A.**
4221 W. Boy Scout Blvd., Suite 1000
Tampa, Florida 33607
Telephone: 813-229-4334
Facsimile: 813-229-4133
Primary Emails:
dkirk@carltonfields.com
ozukowski@carltonfields.com
Secondary E-mail:
kathompson@carltonfields.com

*Counsel for Foreign Representatives*

# EXHIBIT A

391

Payment Advice
Outward Telegraphic Transfer

# INV55 (1 of 1)

| MT103 | |
|---|---|
| :B2: | Receiver's BIC Code |
| | [redacted] |
| :111: | Service Type Identifier |
| | 001 |
| :121: | UETR |
| | [redacted] |
| :20: | Sender's Reference |
| | [redacted] |
| :23B: | Bank Operation Code |
| | CRED |
| :32A: | ValueDate/Currency/InterbankSettled Amt |
| | 220118 USD 1421025,00 |
| :50F: | Ordering Customer |
| | [redacted] |
| | 1/RUSHIL SINGH |
| | 2/HSE NO 268 |
| | 2/LULU STREET |
| | 3/ZA/SOUTH AFRICA |
| :52A: | Ordering Institution |
| | [redacted] |
| :57A: | Account With Institution |
| | [redacted] |
| :59F: | Beneficiary Customer |
| | [redacted] |
| | 1/MECUM AUCTION INC |
| | 2/445 S MAIN STREET WALWORTH |
| | 2/WI 53184 262 275 5050 |
| | 3/US/UNITED STATES |
| :70: | Remittance Information |
| | /RFB/ LOT NO. S164 |
| :71A: | Details of Charges |
| | OUR |

I, Deon Prins, being an employee in the service of Investec Bank Ltd, hereby certify as correct this copy/printout/extract from a data message for purposes of section 15(4) of the Electronic Communications and Transactions Act, 25 of 2000.

________________ 1 May 2025

**This is an electronically generated advice and requires no bank signature**

Stanbic Bank Ghana - Reg. No 54199 Authorised Financial Services Provider.
Stanbic Bank Ghana provides the details as information only and the clients should view the contents of their advice to confirm whether transactions have been successfully processed. Based on the aforesaid, Stanbic Bank Ghana makes no representation or warranty, whether express or implied as to the integrity, accuracy, completeness or reliability of any information contained herein.

# EXHIBIT B

Montana Department of Justice — MVD — Motor Vehicle Division

Vehicle Services Bureau

# Bill of Sale

Office Use Only

P.O. Box 201431, 302 N Roberts, Helena, MT 59620-1431 Phone (406) 444-3661 Fax (406) 444-0116 • mvdtitleinfo@mt.gov

***** This form must be completed in its entirety. *****

As recorded on this form, I received the sum of Value Recieved dollars ($N/A) and other valuable consideration to sell, transfer and deliver to

Purchaser POSITION 1, LLC DL/FEIN/Tribal ID/Corp ID* C1119984

Address 3011 American Way, Missoula, MT 59808

my right, title and interest to the following described vehicle/vessel:

Year 1994 Make PORSCHE Model 911 Turbo Style ______

Vehicle/Hull Identification No. WP0AC2965RS480410 License Plate No. ______

**Salvage vehicle (must be 15 years old or older):** ☐ Yes ☑ No

**Sold for parts only:** ☐ Yes ☑ No

**Title Available:** ☐ Yes ☐ No, I certify the vehicle is not in "mechanically functional" condition and the current value is $ ______ dollars. (Mechanically functional means needing only minor reconditioning.)

**Odometer Statement**

The (check one) ☐five or ☐six digit odometer now reads (no tenths) ______ miles, date read ______ and to the best of my knowledge it reflects the actual mileage **unless one of the following statements is checked:**

| **DO NOT CHECK UNLESS APPLICABLE** | ☐ The odometer reading reflects the amount of mileage in **excess of its mechanical limits.**<br>☐ The odometer reading is not the actual mileage. **Warning – odometer discrepancy.** |
|---|---|

I (purchaser) am aware of the odometer certification made by the seller above.

Purchaser's signature [signature] Date ______

This is my legal signature

Purchaser's printed name POSITION 1, LLC

**Electronic title acknowledgement if electronic record transfer is required** in accordance with MCA 61-3-220(1)(a) & (2), I certify that:

- I am not in possession of the title.
- I am the owner of this vehicle and I authorize the transfer to the above-named purchaser.
- I have not previously transferred to another person for sale.

**I further certify that:**

- I have the right to sell the vehicle/vessel described above and will warrant and defend the title against the claims and demands of all persons except the secured party noted on the Montana title application.
- Under penalty of law (MCA 45-7-203), I certify that the statements made and information contained on this form are true and correct to the best of my knowledge, information, and belief; I am the person named on this form; and, if signing for a business entity or trust, I have full authority to do so.

Seller's signature [signature] Date 24/06/2022

This is my legal signature (All owners must sign)

Seller's printed name Rushil Singh DL/FEIN/Tribal ID/Corp ID* ______

If signing for a business entity, give full entity name

Address 1875 Silver Spur Lane Kissimmee FL 34744

*DL=Driver License No.; FEIN=Federal Employee Identification No.; Tribal ID=Tribal Identification Card No.; Corp ID=Corporate Identification No.

**Notary Use Only:**

| State of | County of | Signed before me on (date) | Notary Stamp/Seal |
|---|---|---|---|
| | South Africa | 24/06/2022 | |

by (clearly print name of person requesting notary service): Rushil Singh

Notary signature [signature]

PIETER HENDRIK VAN ZYL
COMMISSIONER OF OATHS (ex officio)
CHARTERED ACCOUNTANT
CA(SA) - 00290568
271 LEIPOLDT STREET
GROENKLOOF
PRETORIA
SOUTH AFRICA 0181

MV24 (6/21)

**Montana county and state authorities reserve the right to reject any form that has been altered.**
This form is available in alternate formats for people with disabilities.

# EXHIBIT C

**MINUTES OF SPECIAL MEETING**
**OF POSITION 1, LLC**
**Dated Wednesday, July 06, 2022**

**A LIMITED LIABILITY COMPANY IN GOOD STANDING IN THE STATE OF MONTANA**

The undersigned, the member(s) of the LLC, hereby certify:

1. At the special meeting of the LLC, duly called and held by teleconference this day, there being present the following, constituting all of the members of the LLC: Nishani Singh (50%) & Rushil Singh (50%), the said member took the following action, adopting the following resolutions which have not been modified or rescinded:

RESOLVED that the member is authorized to purchase the following vehicle(s) for POSITION 1, LLC:
**1994 Porsche 911 Turbo VIN# WP0AC2965RS480410**

RESOLVED that the above referenced vehicle(s) shall be permanently assigned to Missoula County, Montana and the company is directed to pursue registration of the vehicle(s) in Missoula County, Montana.

2. Neither the Certificate of Organization, nor the Operating Agreement contain any special requirements as the number of members required to pass such resolutions.

3. The Certificate of Organization does not require any vote or consent of members to authorize the above.

IN WITNESS WHEREOF, the undersigned has hereto affixed his/her hands this 18th

day of July, 2022, by approval of:

Nishani Singh (50%) & Rushil Singh (50%), Member

# EXHIBIT D

Boca Raton, FL
Reference Number: CC93-6D0B-B7D9-JCBP-2288

# CARFAX Report

## 1994 Porsche 911 Turbo

**VIN:** WP0AC2965RS480410

Coupe | 3.6L H6 F | Gasoline | Rear wheel drive




**NO ACCIDENTS REPORTED**

**No Accidents or Damage Reported to CARFAX**

**11** Service History Records

**7** Previous Owners

Personal Vehicle

Last Owned in Montana

**39** Detailed Records Available

This CARFAX Vehicle History Report is based only on information supplied to CARFAX and available as of 11/2/26 at 10:35:31 AM (CST). Other information about this vehicle, including problems, may not have been reported to CARFAX. Use this report as one important tool, along with a vehicle inspection and test drive, to make a better decision about your next used car.

| CARFAX **Additional History**<br>Not all accidents / issues are reported to CARFAX | **Owners 1-5** | **Owner 6** | **Owner 7** |
|---|---|---|---|
| **Total Loss**<br>No total loss reported to CARFAX. | No Issues Reported | No Issues Reported | No Issues Reported |
| **Structural Damage**<br>No structural damage reported to CARFAX. | No Issues Reported | No Issues Reported | No Issues Reported |
| **Airbag Deployment**<br>No airbag deployment reported to CARFAX. | No Issues Reported | No Issues Reported | No Issues Reported |
| **Odometer Check**<br>Inconsistent mileage indicated. | Mileage Inconsistency | No New Issues Indicated | No New Issues Indicated |
| **Accident / Damage**<br>No accidents or damage reported to CARFAX. | No Issues Reported | No Issues Reported | No Issues Reported |
| **Manufacturer Recall**<br>No open recalls reported to CARFAX. | No Recalls Reported | No Recalls Reported | No Recalls Reported |
| **Basic Warranty**<br>Original warranty estimated to have expired. | **Warranty Expired** | **Warranty Expired** | **Warranty Expired** |

| CARFAX **Title History** | **Owners 1-5** | **Owner 6** | **Owner 7** |
|---|---|---|---|
| **Damage Brands**<br>Salvage \| Junk \| Rebuilt \| Fire \| Flood \| Hail \| Lemon | No Problem | No Problem | No Problem |
| **Odometer Brands**<br>Not Actual Mileage \| Exceeds Mechanical Limits | No Problem | No Problem | No Problem |

## CARFAX Ownership History

The number of owners is estimated

| | Owners 1-5 | Owner 6 | Owner 7 |
|---|---|---|---|
| Year purchased | 1994 | 2022 | 2024 |
| Type of owner | Personal | Personal | Personal |
| Estimated length of ownership | 28 yrs. 4 mo. | 2 yrs. 1 mo. | 2 yrs. 1 mo. |
| Owned in the following states/provinces | See Details | Montana | Montana |
| Estimated miles driven per year | See Details | --- | --- |
| Last reported odometer reading | --- | --- | --- |

## CARFAX Detailed History

**Owner 1**
Purchased: 1994

Personal Vehicle
3,120 mi/yr

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 02/15/1994 | | California<br>Motor Vehicle Dept. | **Title issued or updated**<br>- First owner reported<br>- Titled or registered as personal vehicle |
| 07/21/1994 | 2,586 | Inspection Co.<br>California | **Vehicle inspected**<br>- Anti-theft device present at the time of inspection |
| 01/23/1996 | 10,138 | California<br>Inspection Station<br>Palmdale, CA | **Passed emissions inspection** |
| 01/28/1998 | 15,285 | California<br>Inspection Station<br>Palmdale, CA | **Passed emissions inspection** |
| 12/02/1999 | 18,091 | California<br>Inspection Station<br>Los Angeles, CA | **Failed emissions inspection** |
| 12/02/1999 | | Beverly Hills Porsche<br>Beverly Hills, CA<br>310-557-2472 | **Vehicle serviced**<br>- Emissions inspection performed |
| 12/02/1999 | 18,093 | California<br>Inspection Station<br>Los Angeles, CA | **Passed emissions inspection** |
| 01/07/2000 | | California<br>Motor Vehicle Dept.<br>Santa Monica, CA | **Title issued or updated** |
| 12/13/2001 | | Beverly Hills Porsche<br>Beverly Hills, CA<br>310-557-2472 | **Vehicle serviced**<br>- Recommended maintenance performed<br>- 120,000 mile service performed<br>- Brake fluid flushed/changed<br>- Wiper(s) replaced |

**Owner 2**
Purchased: 2001

Personal Vehicle

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 12/20/2001 | | California<br>Motor Vehicle Dept.<br>Santa Monica, CA | **Title issued or updated**<br>- New owner reported<br>- Loan or lien reported |
| 04/24/2002 | 22,792 | California<br>Inspection Station | **Passed emissions inspection** |

| | | | |
|---|---|---|---|
| 07/26/2002 | | Beverly Hills Porsche<br>Beverly Hills, CA<br>310-557-2472 | **Vehicle serviced**<br>- Vehicle washed/detailed |
| 08/12/2003 | | Beverly Hills Porsche<br>Beverly Hills, CA<br>310-557-2472 | **Vehicle serviced**<br>- Oil and filter changed |
| 10/29/2003 | | Beverly Hills Porsche<br>Beverly Hills, CA<br>310-557-2472 | **Vehicle serviced** |
| 06/14/2004 | 31,230 | California<br>Inspection Station | **Passed emissions inspection** |
| 11/22/2004 | | Beverly Hills Porsche<br>Beverly Hills, CA<br>310-557-2472 | **Vehicle serviced**<br>- Wiper(s) replaced |
| 02/01/2005 | 210,090 | California<br>Motor Vehicle Dept.<br>Santa Monica, CA | **Title issued or updated**<br><br>**MILEAGE INCONSISTENCY** |




The mileage reported here conflicts with this vehicle's odometer history. Ask a mechanic or the seller to confirm the actual mileage - this entry may just be a clerical error.

**Owner 3**
Purchased: 2005

Personal Vehicle

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 02/23/2005 | 32,765 | Florida<br>Motor Vehicle Dept.<br>Toms River, NJ | **Odometer reading reported** |
| 01/10/2006 | | Florida<br>Motor Vehicle Dept.<br>Toms River, NJ<br>Title #0094871687 | **Title issued or updated**<br>- New owner reported |
| 07/26/2006 | | Florida<br>Motor Vehicle Dept.<br>Toms River, NJ<br>Title #0094871687 | **Registration issued or renewed**<br>- Titled or registered as personal vehicle<br>- Vehicle color noted as Black |
| 07/11/2007 | | Florida<br>Motor Vehicle Dept.<br>Toms River, NJ<br>Title #0094871687 | **Registration issued or renewed**<br>- Titled or registered as personal vehicle<br>- Vehicle color noted as Black |

**Owner 4**
Purchased: 2008

Personal Vehicle

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 09/24/2008 | | North Carolina<br>Motor Vehicle Dept.<br>Hickory, NC<br>Title #771124082684101 | **Registration issued or renewed**<br>- Title or registration issued<br>- New owner reported<br>- Passed safety inspection |
| 08/20/2009 | | North Carolina<br>Motor Vehicle Dept.<br>Hickory, NC<br>Title #771124082684101 | **Registration issued or renewed**<br>- Passed safety inspection |
| 09/02/2010 | | North Carolina<br>Motor Vehicle Dept.<br>Hickory, NC<br>Title #771124082684101 | **Registration issued or renewed**<br>- Passed safety inspection<br>- Registration updated when owner moved the vehicle to a new location |

**Owner 5**
Purchased: 2016

Personal Vehicle

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 04/29/2016 | | Florida<br>Motor Vehicle Dept. | **Vehicle purchase reported** |
| 05/23/2016 | | Florida<br>Motor Vehicle Dept.<br>Toms River, NJ<br>Title #0094871687 | **Title issued or updated**<br>- Registration issued or renewed<br>- New owner reported<br>- Titled or registered as personal vehicle<br>- Exempt from odometer reporting<br>- Vehicle color noted as Black |
| 07/19/2016 | | Florida<br>Motor Vehicle Dept.<br>Toms River, NJ<br>Title #0094871687 | **Registration issued or renewed**<br>- Titled or registered as personal vehicle<br>- Exempt from odometer reporting<br>- Vehicle color noted as Black |
| 08/21/2018 | | Florida<br>Motor Vehicle Dept.<br>Toms River, NJ<br>Title #0094871687 | **Registration issued or renewed**<br>- Titled or registered as personal vehicle<br>- Exempt from odometer reporting<br>- Vehicle color noted as Black |
| 02/10/2020 | | Service Facility | **Vehicle reconditioned** |
| 03/31/2020 | 34,396 | Road Scholars<br>Durham, NC<br>919-854-2277 | **Vehicle serviced**<br>- Drive belts serviced<br>- Interior cleaned<br>- Vehicle washed/detailed |
| 05/29/2020 | | Road Scholars<br>Durham, NC<br>919-854-2277 | **Vehicle serviced**<br>- Battery/charging system checked |
| 07/31/2020 | | Road Scholars<br>Durham, NC<br>919-854-2277 | **Vehicle serviced** |
| 08/04/2020 | | Florida<br>Motor Vehicle Dept.<br>Toms River, NJ<br>Title #0094871687 | **Registration issued or renewed**<br>- Titled or registered as personal vehicle<br>- Exempt from odometer reporting<br>- Vehicle color noted as Black |
| 08/30/2021 | | Florida<br>Motor Vehicle Dept.<br>Toms River, NJ<br>Title #0094871687 | **Registration issued or renewed**<br>- Titled or registered as personal vehicle<br>- Exempt from odometer reporting<br>- Vehicle color noted as Black |
| 10/25/2021 | | Service Facility | **Vehicle reconditioned** |

**Owner 6**
Purchased: 2022

Personal Vehicle

| Date | Mileage | Source | Comments |
|---|---|---|---|
| 07/06/2022 | | Montana<br>Motor Vehicle Dept.<br>Missoula, MT<br>Title #AA6118996 | **Vehicle purchase reported**<br>- Title or registration issued<br>- New owner reported<br>- Vehicle color noted as Black |
| 11/30/2022 | | Montana<br>Motor Vehicle Dept.<br>Missoula, MT<br>Title #AA6118996 | **Title issued or updated**<br>- Vehicle color noted as Black |

**Owner 7**
Purchased: 2024

Personal Vehicle

| Date | Mileage | Source | Comments |
|---|---|---|---|

| | | |
|---|---|---|
| 09/03/2024 | Montana<br>Motor Vehicle Dept. | **Vehicle purchase reported** |
| 11/20/2024 | Montana<br>Motor Vehicle Dept.<br>Whitefish, MT<br>Title #AA8061197 | **Title issued or updated**<br>- Title or registration issued<br>- New owner reported<br>- Vehicle color noted as Black |

Have Questions? Consumers, please visit our Help Center at www.carfax.com. Dealers or Subscribers, please visit our Help Center at www.carfaxonline.com.

## CARFAX Glossary

**Failed Emissions Inspection**
The emissions check performed during a vehicle inspection indicated the vehicle was emitting more than allowable emissions standards and/or had missing or modified parts. Repeated failed emissions records can indicate engine problems and CARFAX recommends you have the vehicle inspected.

**First Owner**
When the first owner(s) obtains a title from a Department of Motor Vehicles as proof of ownership.

**Mileage Inconsistency**
If an odometer reading is less than a previous reading but CARFAX is uncertain whether the discrepancy is a rollback or a clerical error, then CARFAX calls it a "Mileage Inconsistency". In this case, you should verify the mileage with your dealer or a qualified mechanic.

**New Owner Reported**
When a vehicle is sold to a new owner, the Title must be transferred to the new owner(s) at a Department of Motor Vehicles.

**Ownership History**
CARFAX defines an owner as an individual or business that possesses and uses a vehicle. Not all title transactions represent changes in ownership. To provide estimated number of owners, CARFAX proprietary technology analyzes all the events in a vehicle history. Estimated ownership is available for vehicles manufactured after 1991 and titled solely in the US including Puerto Rico. Dealers sometimes opt to take ownership of a vehicle and are required to in the following states: Maine, Massachusetts, New Jersey, Ohio, Oklahoma, Pennsylvania and South Dakota. Please consider this as you review a vehicle's estimated ownership history.

**Title Issued**
A state issues a title to provide a vehicle owner with proof of ownership. Each title has a unique number. Each title or registration record on a CARFAX report does not necessarily indicate a change in ownership. In Canada, a registration and bill of sale are used as proof of ownership.

**Follow Us:** facebook.com/CARFAX @CARFAXinc About CARFAX

CARFAX DEPENDS ON ITS SOURCES FOR THE ACCURACY AND RELIABILITY OF ITS INFORMATION. THEREFORE, NO RESPONSIBILITY IS ASSUMED BY CARFAX OR ITS AGENTS FOR ERRORS OR OMISSIONS IN THIS REPORT. CARFAX FURTHER EXPRESSLY DISCLAIMS ALL WARRANTIES, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

© 2026 CARFAX, Inc., part of Mobility Global. All rights reserved.
11/2/26 10:35:31 AM (CST)

SHOW ME THE CARFAX

CARFAX Warranty Check™

CARFAX has estimated the remaining original manufacturer warranty coverage based on information reported to us on this **1994 PORSCHE 911 TURBO (WP0AC2965RS480410)**.

CARFAX used time only to calculate the remaining warranty coverage because mileage problems were found in this vehicle's history.

**1994 PORSCHE 911 TURBO**

| | |
|---|---|
| **VIN:** | WP0AC2965RS480410 |
| **Estimated start date of warranty:** | 02/15/1994 |
| **Last CARFAX reading reported on 03/31/2020:** | 34,396 miles |
| **Today's date:** | 11/02/2026 |




| Type of Coverage | Original Warranty | Estimated Remaining Coverage |
|---|---|---|
| **Basic** | 24 months or unlimited mileage | Coverage Expired |
| **Drivetrain** | 24 months or unlimited mileage | Coverage Expired |
| **Emissions** | No data reported to CARFAX | |
| **Corrosion** | 120 months or unlimited mileage | Coverage Expired |
| **Transferable** | No data reported to CARFAX | |
| **Roadside** | 24 months or unlimited mileage | Coverage Expired |
| **Safety belt & inflatable restraint** | No data reported to CARFAX | |
| **Specific Components** | No data reported to CARFAX | |

CARFAX Warranty Check provides an **estimate** of this vehicle's remaining warranty coverage. It does not take into account some vehicle history events such as some title brands that may void the original manufacturer warranty or ownership transfers that may decrease warranty coverage. This warranty information is only valid for vehicles manufactured for the United States. Complete warranty coverage information is available for this vehicle at the PORSCHE website.

© 2026 CARFAX, Inc., part of Mobility Global. All rights reserved.
11/2/26 10:35:31 AM (CST)

# EXHIBIT E

FA4

**REPUBLIC OF SOUTH AFRICA**

Insolvensiewet, No. 24 van 1936 (soos gewysig) [Artikel 18(1) en 56(2)]
Insolvency Act, No. 24 of 1936 (as amended) [Section 18(1) and 56(2)]

## SERTIFIKAAT VAN AANSTELLING VAN VOORLOPIGE KURATOR
## CERTIFICATE OF APPOINTMENT OF PROVISIONAL TRUSTEE

**NO:** T000830/2023

Hierby word gesertifiseer dat:
This is to certify that:

| | |
|---|---|
| 1. PHALENG-PODILE, MMATLOU HELLEN | **ID.** 7309130311085 |
| 2. POLLOCK RICHARD KEAY | **ID.** XXXXXXXXXXXXXXXXXXXXXX |
| 3. XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | **ID.** XXXXXXXXXXXXXXXXXXXXXX |
| 4. XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | **ID.** XXXXXXXXXXXXXXXXXXXXXX |
| 5. XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | **ID.** XXXXXXXXXXXXXXXXXXXXXX |
| 6. XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | **ID.** XXXXXXXXXXXXXXXXXXXXXX |
| 7. XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX | **ID.** XXXXXXXXXXXXXXXXXXXXXX |

aangestel word as Voorlopige Kurator van die insolvente boedel van:
appointed as Provisional Trustee of the insolvent estate of:

**RUSHIL SINGH 8309235077085**

***ONGETROUD / UNMARRIED***

wat op Bevel van die Hooggeregshof van Suid-Afrika
( NORTH GAUTENG HIGH COURT (PRETORIA) Afdeling),
gedateer die voorlopige gesekwestreer is, met die magte en bevoegdhede soos uiteengesit in die Insolvensiewet, 1936 (Wet 24 van 1936).

which was placed under provisional sequestration by Order of the High Court of South
( NORTH GAUTENG HIGH COURT (PRETORIA) Division),
dated the with the powers and authority as set out in the Insolvency Act, 1936 (Act 24 of 1936).

REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA, GAUTENG DIVISION, PRETORIA
MMANTOA SHOGOLE
Assistant Master
2023 -06- 13
Time: ..................
PRETORIA
13 JUNE 2023
MEESTER VAN DIE HOOGGEREGSHOF VAN SUID-AFRIKA, GAUTENG AFDELING, PRETORIA

DOJCD\MMOKHONOANA
**MEESTER VAN DIE HOË HOF VAN SUID-AFRIKA**
**MASTER OF THE HIGH COURT OF SOUTH AFRICA**
( PRETORIA MASTERS OFFICE )

DATUM STEMPEL
DATE STAMP

URN: 0902023INS000830

# EXHIBIT F

FA2
003-2

**IN THE HIGH COURT OF SOUTH AFRICA**
**GAUTENG DIVISION, PRETORIA**

CASE NO: 2023-044660

PRETORIA 25 MAY 2023

BEFORE THE HONOURABLE MR JUSTICE VAN DER WESTHUIZEN

In the matter of:

INVESTEC BANK LIMITED
REG NO. 1969/004763/06 — APPLICANT

Private Bag X67, Pretoria 0001
2023 -05- 26
GD-PRET-019

AND

RUSHIL SINGH — RESPONDENT
ID. 830923 5077 08 5
DATE OF BIRTH 23 SEPTEMBER 1983
60 GOLDEN GATES, 268 LULU STREET, RASLOUW, GAUTENG

MARITAL STATUS – UNMARRIED

---

HAVING HEARD counsel for the applicant(s) and having read the notice of motion and other documents filed of record

**IT IS ORDERED THAT**

Ex tempore judgment delivered.

1. The estate of the respondent is placed under provisional sequestration.

2. A rule *nisi* is issued calling on all persons who have a legitimate interest to advance reasons, if any, at 10:00 on **22 AUGUST 2023** as to why this court should not order that the state of the respondent be placed under final sequestration.

3. The applicant is to deliver a copy of this order to the Master of the High Court and to the South African Revenue Services.

4. A copy of this order shall be served on:

   4.1. The respondent at 60 Golden Gates, 268 Lulu Street, Raslouw, Gauteng;

   4.2. The employees of the respondent, if any; and

   4.3. All registered trade unions representing the employees of the

# EXHIBIT G

FA3

IN THE HIGH COURT OF SOUTH AFRICA
GAUTENG DIVISION, PRETORIA

CASE NO.: **2023-044660**

**PRETORIA, 19 APRIL 2024 (OPEN COURT)**
**BEFORE THE HONOURABLE MS ACTING JUSTICE VAN DER MERWE**

In the matter between:

**INVESTEC BANK LIMITED** Applicant

and

**RUSHIL SINGH** Respondent
DATE OF BIRTH: 23 SEPTEMBER 1983
IDENTDITY NUMBER: 8309235077085
RESIDENTIAL ADDRESS: 60 GOLDEN GATES, 268 LULU STREET, RASLOUW, GAUTENG
MARITAL STATUS: UNMARRIED

**YOLEN NAIDOO** Intervening Creditor

REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA GAUTENG DIVISION, PRETORIA
Private Bag X67, Pretoria 0001
2024 -04- 19
GD-PRET-017
REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA GAUTENG DIVISION, PRETORIA

**DRAFT ORDER**

Having read the papers filed of record and having heard counsel for the applicant and the respondent, the following order is made:

1. The respondent's application for postponement is dismissed, with costs on the attorney and client scale, including costs of two counsel where so employed, one of which is Senior Counsel.

2. The respondent's counter-application is dismissed, with costs on the attorney and client scale, including the costs of two counsel where so employed, one of which is Senior Counsel, taxable on scale C in terms of Rule 69A of the uniform rules of court

3. The intervention application of Yolen Naidoo is dismissed, with costs on the attorney and client scale, including the costs of two counsel where so employed, one of which is Senior Counsel, taxable on Scale C in terms of Rule 69 A of the uniform rules of Court

4. The rule *nisi* issued on 25 May 2023 and extended from time to time is hereby confirmed and the estate of the respondent is placed in final sequestration.

5. The costs of the sequestration application will be cost in the administration of the respondent's insolvent estate, which costs are to be on the attorney and client scale, including the costs of two counsel where so employed, one of which is Senior Counsel, taxable on Scale C in terms of Rule 69 A of the uniform Rules of Court.

6. The cost order in 5 above will include all reserved costs in the matter.

BY ORDER

THE REGISTRAR

REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA
GAUTENG DIVISION,
PRETORIA
Private Bag X67, Pretoria 0001
2024 -04- 19
GD-PRET-017
REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA
GAUTENG DIVISION,
PRETORIA

J E Smit SC
082 468 1755

P G Louw
083 795
0236
Counsel for the Applicant

Edward Nathan Sonnenbergs Inc
Attorneys for the Applicant
Tel: 011 269 7600
Email: goertel@ENSafrica.com
ckekana@ENSafrica.com
c/o Jacobson & Levy Inc

# EXHIIT H

AVDM/AVDM
25072024/HARV31931.3
Draft Order/#10311346v1

FA5 07-1

24/7/2

**THE HIGH COURT OF SOUTH AFRICA**
**GAUTENG DIVISION, PRETORIA**

CASE NO. :2024-083013

Pretoria, 30 July 2024
Before the Honourable Justice Swanepoel

In the *ex parte* and in camera application of:

REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA GAUTENG DIVISION, PRETORIA
Private Bag X67, Pretoria 0001
2024 -08- 01
GD-PRET-017
REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA GAUTENG DIVISION, PRETORIA

RICHARD KEAY POLLOCK N.O. First Applicant

MMATLOU HELLEN PHALENG-PODILE N.O. Second Applicant

(in their capacities as the joint provisional trustees of the insolvent estate of Rushil Singh)

**FOR AN ORDER IN TERMS OF SECTION 18(3) OF THE INSOLVENCY ACT NO. 24 OF 1936 (AS AMENDED) AND FOR AN ORDER DIRECTING THE REGISTRAR OF THIS HONOURABLE COURT TO ISSUE LETTERS OF REQUEST**

---

**DRAFT ORDER**

---

**HAVING READ** the documents filed of record and having considered the matter, the following order is made:-

1 The applicants' non-compliance with, and/or dispensing with, the forms, service and time periods provided for in the Uniform Rules of Court is condoned and this application is heard and adjudicated upon as an urgent application, *ex parte* and in camera.

2 The applicants are authorised to bring this application in terms of section 18(3) of the Insolvency Act No. 24 of 1936 (as amended) ("**the Insolvency Act**").

3 The Registrar of this Honourable Court is directed to issue letters of request to any court of competent jurisdiction in the United States of America ("**the USA**"), the Republic of Ghana ("**Ghana**"), Republic of Botswana ("**Botswana**") and the United Kingdom ("**the UK**") to act in aid of the High Court of South Africa (Gauteng Division, Pretoria) for the purpose of recognising the appointment of the applicants as the duly appointed joint provisional trustees of the insolvent estate of Rushil Singh (identity number 830923 5077 08 5) ("**the insolvent estate**") with the requisite capacity and standing with respect of the insolvent estate within the foreign country with the full rights and powers of a personal legal representatives under the relevant insolvency law and further that the foreign country provide every assistance required for the vesting, preservation and recovery of the assets within the foreign country to satisfy the outstanding debts against the insolvent estate.

REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA
GAUTENG DIVISION
PRETORIA
Private Bag X67, Pretoria 0001
2024-08-01
GD-PRET-017
REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA
GAUTENG DIVISION
PRETORIA

4 The applicants are authorised to institute and proceed to the final determination thereof, such proceedings as may be required to be instituted in any court of competent jurisdiction in the USA, Ghana, Botswana and the UK to obtain recognition of the appointment of the applicants as the duly appointed joint provisional trustees of the insolvent estate.

5 The applicants are authorising to institute and proceed to the final determination thereof, such proceedings as may be necessary in any court of competent

jurisdiction in the USA, Ghana, Botswana and the UK as may be necessary to preserve the assets of the insolvent estate and to achieve the proper and effective administration of the insolvent estate.

6 The applicants are authorised to institute and proceed to the final determination thereof, such proceedings as may be necessary in any court of competent jurisdiction in the USA, Ghana, Botswana and the UK for the securing of and sale of any assets vesting in the insolvent estate.

7 The applicants are authorised to exercise the following powers in relation to the administration of the insolvent estate:

7.1 To institute legal proceedings as may be necessary on behalf of the insolvent estate and in particular:

REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA
GAUTENG DIVISION,
PRETORIA
Private Bag X67, Pretoria 0001
2024 -08- 01
CD-PRET-017
REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA
GAUTENG DIVISION,
PRETORIA

7.1.1 declaratory and vindicatory relief in respect of the assets of the insolvent estate;

7.1.2 proceedings to set aside dispositions made by the insolvent estate before sequestration;

7.1.3 interdict proceedings against companies and individuals, on behalf of the insolvent estate;

7.1.4 any further legal proceedings necessary in the administration of the insolvent estate;

7.2 To defend or oppose legal proceedings as may be necessary on behalf of the insolvent estate;

7.3 To engage the services of attorneys and counsel, in South Africa or foreign jurisdictions, in order to advise in general and to institute or defend legal proceedings on behalf of the insolvent estate;

7.4 To engage the services of attorneys and counsel, in South Africa or foreign jurisdictions, to obtain legal advice on any question of law affecting the administration of the insolvent estate;

REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA
GAUTENG DIVISION,
PRETORIA
Private Bag X67, Pretoria 0001
2024-08-01
GD-PRET-017
REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA
GAUTENG DIVISION,
PRETORIA

7.5 To agree with such attorneys and counsel on the tariff or scale of fees to be charged by and paid to such attorneys and counsel for the rendering of services to the insolvent estate and to conclude written agreements with attorneys and counsel on the basis that the costs incurred by the applicants, except costs awarded against the insolvent estate in legal proceedings, shall not be subject to taxation by the Taxing Master if the applicants have entered into a written agreement in terms of which the fees of attorneys or counsel will be determined in accordance with a specific tariff, provided only that no contingency fee arrangements shall be entered into without the prior written consent of creditors of the insolvent estate;

7.6 To pay the attorneys and counsel the agreed costs and the disbursements made by the attorneys and counsel out of the funds of the insolvent estate as costs in the administration of the insolvent estate as and when such services are rendered and the disbursements made;

7.7 To settle legal proceedings, whether already instituted or which may be instituted on behalf of or against the insolvent estate, on such terms as the applicants in their discretion may deem fit;

7.8 To employ individuals or entities for the purpose of tracing and recovering assets, compiling inventories and taking possession of the assets of the insolvent estate;

REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA
GAUTENG DIVISION,
PRETORIA
Private Bag X67, Pretoria 0001
2024 -08- 01
GD-PRET-017
REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA
GAUTENG DIVISION,
PRETORIA

7.9 To employ any individual or legal entity to investigate and value the assets of the insolvent estate;

7.10 To sell and dispose of any or all movable assets of Rushil and any immovable property of the insolvent estate by private treaty or public auction;

7.11 To instruct auctioneers to attend to the sale of movable assets and immovable property, alternatively to sell by private treaty;

7.12 To deliver movable assets to purchaser, and to give transfer of the immovable property;

7.13 To deal with and terminate any lease agreements in respect of the property of the insolvent estate and any lessee in occupation of the property as the applicants deem fit and to extent that any lessee is in unlawful occupation of the property, to apply for the eviction of such lessee from the property and to enable the applicants to expeditiously market and sell the property for the benefit of the creditors of the insolvent estate;

7.14 To investigate the dealings and affairs of the insolvent estate, in South Africa and in foreign jurisdictions, and

7.15 To approach this Court on the same papers, duly supplemented, for orders granting the applicants further powers should the need arise.

8 The costs of the application be in the administration or the insolvent estate.

REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA
GAUTENG DIVISION,
PRETORIA
Private Bag X67, Pretoria 0001
2024 -08- 01
GD-PRET-017
REGISTRAR OF THE HIGH COURT OF SOUTH AFRICA
GAUTENG DIVISION,
PRETORIA

**BY THE COURT**

**THE REGISTRAR**

# EXHIBIT I

STATE OF MONTANA

12793080
Montana Secretary of State
Filed: July 01, 2019 01:41 PM
BID: C1119984

# Articles of Amendment

**POSITION 1, LLC (C1119984)**

# General Details

| | |
|---|---|
| **Handling Option** | 24 Hour Priority Handling |
| **Delayed Effective Date** | |
| **Entity Status** | Active Good Standing |
| **Date the initial Articles of Organization were filed** | 05/20/2019 |
| **Type of Limited Liability Company** | Limited Liability Company |
| **Amend entity name?** | No |

# Registered Agent in Montana

| | |
|---|---|
| **Entity Name** | JARED S HEGGEN |
| **Street Address** | 3011 AMERICAN WAY, MISSOULA, Montana, 59808, United States |
| **Mailing Address** | PO BOX 16270, MISSOULA, Montana, 59808, United States |
| **Registered Agent Type** | Commercial |

# Business Mailing Address of Principal Office

| | |
|---|---|
| **Postal Address** | PO BOX 16270, Missoula, Montana, 59808, United States |
| **Physical Address** | 3011 American Way, Missoula, Montana, 59808, United States |
| **Term** | Perpetual |
| **Purpose** | Owns real and personal property |

### Other Amendments

# Managers/Members

| | |
|---|---|
| **LLC Managed By** | Members |
| ***Previous Value*** | ~~*Managers*~~ |

**Registered Business Entity**

*Changed*

| | |
|---|---|
| **Entity Name** | MONTANA RV REGISTRATION, LLC |
| **Business Identifier** | C116759 |
| **Status** | Removed |
| ***Previous Value*** | ~~*Active*~~ |
| **Business Mailing Address** | 3011 AMERICAN WAY, MISSOULA, Montana, 59808, United States |

**Individual**

*Created*

| | |
|---|---|
| **Name** | Nishani Singh |
| **Status** | Active |
| **Business Mailing Address** | Brookfield Office Park, North Block, 1st Floor, 261 Middel Street, Brooklyn, SA, 0181, South Africa |

**Individual**

*Created*

| | |
|---|---|
| **Name** | Rushil Singh |
| **Status** | Active |
| **Business Mailing Address** | Brookfield Office Park, North Block, 1st Floor, 261 Middel Street, Brooklyn, SA, 0181, South Africa |

# Signature

**I have been authorized by the business entity to file this document online.**
Yes

**I, HEREBY SWEAR AND/OR AFFIRM, under penalty of law, including criminal prosecution, that the facts contained in this document are true. I certify that I am signing this document as the person(s) whose signature is required, or as an agent of the person(s) whose signature is required, who has authorized me to place his/her signature on this document.**
Yes

| | |
|---|---|
| **Name** | Jared S Heggen |
| **Position** | Member/Manager |
| **Date** | 07/01/2019 |

# Daytime Contact

| | |
|---|---|
| **Phone** | (1) 406-327-0401 |
| **Email** | anthony@heggenlawoffice.com |

# EXHIBIT J

# Heggen Law Office, PC

3011 American Way
PO Box 16270
Missoula, Montana 59808

***Madelyn Carpenter***
madelyn@heggenlawoffice.com
www.heggenlawoffice.com

Telephone: (406) 327-0401
Toll Free: (888) 777-5032
Facsimile: (406) 543-8190

Monday, June 13, 2022

## - TITLING INSTRUCTIONS -

RE: Rushil Singh, **POSITION 1, LLC**

1. The individual's personal name **MUST NOT** appear on or be referenced to on the Title, MSO, or Certificate of Origin.

2. Please title the vehicle as:

   **POSITION 1, LLC**
   **3011 American Way**
   **Missoula, MT 59808**

3. Please overnight the title and odometer statement – with tracking – to:

   **Heggen Law Office**
   **ATTN: Title Dept**
   **3011 American Way**
   **Missoula, MT 59808**

If you are required to send the title and registration fees to our DMV please send it to Missoula County DMV for Heggen Law Office. Please call with any questions.

Thanks and regards,
Madelyn Carpenter, Assistant to
Jared (Jed) S. Heggen

**CONFIDENTIALITY NOTICE**

This transmission (and/or the documents accompanying it) may contain information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for the return of the documents.

2022-06-21T19:59:01.000+00:00 ID as9gGIUBlZRwBMgfRT20

## RE: POSITION 1, LLC

In Reply to:
[redacted]

Internet Message ID:
[redacted]

From:
Marshall Davis

To:
Rushil Singh; Madelyn Ember

Sender Address:
[redacted]

Recipient Addresses:
[redacted]

Attachments: Unsigned MT BOS 1994 Porsche 911.pdf

---

Hi Rushil,

You will need to sign the back of the title as purchaser since your personal name has been entered.

I need the Power of Attorney for the original owner, Michael P Mulligan, as it has been signed off by K Bennecke via POA.

Also, I will need a MT Bill of Sale (attached) transferring ownership from you to the LLC. You will need to have your signature NOTARIZED on the document.

I will need all originals in office, so please send them to me at 3011 American Way Missoula MT 59808.

Thanks,

Marshall

Marshall Davis
Heggen Law Office
PO Box 16270
3011 American Way
Missoula, MT 59808

****PLEASE SEND ALL IMPORTANT DOCUMENTS (ie Titles, Checks, Set Up Documents, Original Documents) VIA FEDEX, UPS, OR USPS PRIORITY WITH TRACKING TO AVOID DOCUMENTS GETTING LOST VIA THE MAIL****

This Electric Mail Transmission May Constitute an Attorney-Client Communication that is Privileged at Law. It is not intended for Transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it and notify the sender by reply E-mail or by calling Heggen Law Office, PC, 406.327.0401, so that our address records can be corrected.

---

**From:** Rushil Singh [redacted]>
**Sent:** Tuesday, June 21, 2022 1:48 PM
**To:** Madelyn Ember [redacted]
**Cc:** Marshall Davis [redacted]
**Subject:** RE: POSITION 1, LLC

Hi Madelyn

Please let me know if the attached title is fine so I can courier it to you.

Thanks.

---

**From:** Rushil Singh
**Sent:** Wednesday, 15 June 2022 14:53
**To:** Madelyn Ember [redacted]
**Cc:** Marshall Davis [redacted]
**Subject:** RE: POSITION 1, LLC

Hi Madelyn

I'm out of the country currently. In the meantime please find attached the Credit Card Authorization form.

I will e-mail you a copy of the title next Monday to check before courier it.

Let me know if the card isn't going through and I can wire the money as I did last time.

Thank you for all your help.

---

**From:** Madelyn Ember [redacted]
**Sent:** Tuesday, 14 June 2022 19:30
**To:** Rushil Singh [redacted]
**Cc:** Marshall Davis [redacted]
**Subject:** RE: POSITION 1, LLC

Hi Rushil,

As long as the vehicle is not financed in your personal name – we will be able to use a Montana Bill of Sale to move the title into your LLC name.

Please let me know if there's anything else at all that we can do for you!

Thank you,

Madelyn Ember Carpenter
Heggen Law Office
Physical Address:
3011 American Way | PO Box 16270

Missoula, MT 59808 | Missoula, MT 59808

P: 1.406.327.0401
F: 1.406.543.8190

****PLEASE SEND ALL IMPORTANT DOCUMENTS (ie Titles, Checks, Set Up Documents, Original Documents) VIA FEDEX OR UPS WITH TRACKING TO AVOID DOCUMENTS GETTING LOST VIA THE MAIL****

This Electric Mail Transmission May Constitute an Attorney-Client Communication that is Privileged at Law. It is not intended for Transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it and notify the sender by reply E-mail or by calling Heggen Law Office, PC, 406.327.0401, so that our address records can be corrected.

---

**From:** Rushil Singh [redacted]
**Sent:** Tuesday, June 14, 2022 1:45 AM
**To:** Madelyn Ember [redacted]
**Subject:** RE: POSITION 1, LLC

Hi Madelyn

Thank you very much.

I Had a look at then titling instructions. I bought the car at an auction and my name appears on the title. Is this going to be an issue?

---

**From:** Madelyn Ember [redacted]
**Sent:** Monday, 13 June 2022 17:46
**To:** Rushil Singh [redacted]
**Subject:** POSITION 1, LLC

Hi Rushil,

Attached please find Titling Instructions and a Credit Card Authorization Form for the permanent registration of your 1994 Porsche 911 Turbo.

Please let me know if there's anything else at all that I can do for you!

Thank you,

Madelyn Ember Carpenter
Heggen Law Office
Physical Address:
3011 American Way | PO Box 16270
Missoula, MT 59808 | Missoula, MT 59808

P: 1.406.327.0401
F: 1.406.543.8190

****PLEASE SEND ALL IMPORTANT DOCUMENTS (ie Titles, Checks, Set Up Documents, Original Documents) VIA FEDEX OR UPS WITH TRACKING TO AVOID DOCUMENTS GETTING LOST VIA THE MAIL****

This Electric Mail Transmission May Constitute an Attorney-Client Communication that is Privileged at Law. It is not intended for Transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it and notify the sender by reply E-mail or by calling Heggen Law Office, PC, 406.327.0401, so that our address records can be corrected.